Form a7ogrfee

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
## 170 North High Street
## Columbus, OH 43215–2414

| | |
|---|---|
| In Re: Kipp Allen Gravos<br>Adrian Lynn Gravos<br><br>Debtor(s)<br>SSN/TAX ID:<br>xxx–xx–1948<br>xxx–xx–5763 | Case No.: 2:10–bk–59282<br><br>Chapter: 7<br><br><br>Judge: C. Kathryn Preston |

### Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

Dated: August 24, 2010

_____
C. Kathryn Preston
United States Bankruptcy Judge