**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 10-59282 CKP  Judge: C. Kathryn Preston  Trustee Name: CHRISTAL L. CAUDILL
Case Name: KIPP ALLEN GRAVOS  Date Filed (f) or Converted (c): 8/2/2010 (f)
ADRIAN LYNN GRAVOS  341(a) Meeting Date: 9/2/2010
For Period Ending: 12/31/2010  Claims Bar Date: 2/2/2011

| | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | (3) Sets Bedroom Furniture | 300.00 | 0.00 | DA | 0.00 | FA |
| 2 | Computer - laptop | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Couch and recliner | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Pots and Pans | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Televisions (3) | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books and dvds | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing and shoes - Family | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding set - Wal-Mart | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2007 Chevrolet Impala | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2008 Ford F150 Truck | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2010 Tax Refund | Unknown | Unknown | | 0.00 | Unknown |

TOTALS (Excluding Unknown Values)  $29,050.00  $0.00  $0.00

Gross Value of Remaining Assets  $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/3/10 Filed Notice of Assets.
11/4/10 Filed Motion for Tax Order.
11/24/10 Debtor amended schedules to include tax refund.
12/10/10 Order Granting Tax Order.
12/14/10 Objection to Claim of Exemption.
12/14/10 Filed Form 1

Initial Projected Date of Final Report (TFR): 12/31/2011  Current Projected Date of Final Report (TFR): 12/31/2011

| | | | | |
|---|---|---|---|---|
| Case No: | 10-59282  CKP | Judge: C. Kathryn Preston | Trustee Name: | CHRISTAL L. CAUDILL |
| Case Name: | KIPP ALLEN GRAVOS | | Date Filed (f) or Converted (c): | 8/2/2010 (f) |
| | ADRIAN LYNN GRAVOS | | 341(a) Meeting Date: | 9/2/2010 |
| For Period Ending: 12/31/2010 | | | Claims Bar Date: | 2/2/2011 |

Trustee's Signature: ___/s/ CHRISTAL L. CAUDILL_____ Date: 01/27/11
CHRISTAL L. CAUDILL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Case 10-59282, has no bank accounts to report.